



ORIGINAL FILED 08 JUN 10 PM 3:23 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY R. LORD, SB# 213062
E-Mail: lord@lbbslaw.com
JULIAN J. PARDINI, SB# 133878
E-Mail: pardini@lbbslaw.com
VICKEY L. QUINN, SB# 253008
E-Mail: quinn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Plaintiff
RED SHIELD INSURANCE COMPANY

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHA

RED SHIELD INSURANCE COMPANY, Plaintiff,

v.

BARNHILL MARINA BOATYARD, INC.; BARNHILL CONSTRUCTION COMPANY; and AUDLEY BARNIE BARNHILL; Defendants.

CASE NO. CV 08 2900

**COMPLAINT**

**IN ADMIRALTY RULE 9(h), FED. R. CIV. P.**

**COMES NOW** plaintiff RED SHIELD INSURANCE COMPANY (hereinafter "Red Shield") and files its Complaint against defendants BARNHILL MARINA & BOATYARD, INC., BARNHILL CONSTRUCTION COMPANY and AUDLEY BARNIE BARNHILL (hereinafter collectively "Barnhill") and alleges upon information and belief as follows:

**JURISDICTION**

1. This Complaint sets forth an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure (hereinafter "Fed. R. Civ. P.").

2. This action for damages in excess of $75,000 invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1333 and, alternatively, § 1332.



LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**VENUE**

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391 and Rule 82, Fed R. Civ. P. and as further alleged below.

**GENERAL ALLEGATIONS**

4. Red Shield is a Washington corporation in the business of providing insurance for property including floating homes and houseboats. At all material times, Red Shield insured a floating home or houseboat owned by Robert Schaff who resided therein.

5. Defendant Barnhill Marina & Boatyard, Inc. is and was, at all material times, an entity recognized under the laws of California that owns, operates, leases, manages, controls and maintains a facility utilized to moor floating homes and houseboats or otherwise acts as the representative of the owner, operator, lessor or manager of the mooring facility (hereinafter "marina") that is located within this district,

6. Defendant Barnhill Construction Company is and was, at all material times, a California Corporation that owns, operates, leases, manages, controls and maintains a marina utilized to moor floating homes and houseboats or otherwise acts as the representative of the owner, operator, lessor or manager of the marina that is located within this district.

7. Defendant Audley Barnie Barnhill is and was, at all material times, a California resident that owns, operates, leases, manages, controls and maintains a marina utilized to moor floating homes and houseboats or otherwise acts as the representative of the owner, operator, lessor or manager of the marina that is located within this district.

8. In April 2003 Barnhill and Schaff entered into a Floating Home Lease Agreement (hereinafter "Agreement") concerning the mooring of Schaff's houseboat and his tenancy therein at Barnhill's marina located in Alameda, California.

9. In June 2005 an incident occurred whereby Schaff's houseboat went aground while moored at Barnhill's marina, became partially submerged and suffered water damage requiring extensive salvage services and repairs.

///

10. Pursuant to its obligation of insurance, Red Shield paid Schaff the sum of $150,667.74 for salvage services and repairs and other costs and expenses incurred as a result of the damages to the houseboat and is now subrogated to all of Schaff's rights, claims and causes of action arising from the incident.

**FIRST CAUSE OF ACTION**

**NEGLIGENCE**

11. Red Shield repeats and re-allege each and every allegation contained herein above in paragraphs 1 through 10, both inclusive, as if set forth at length.

12. The grounding incident and resulting property damage to Schaff's houseboat was directly and proximately caused by the acts, omissions and fault of defendants.

13. Due to defendants negligence, plaintiff incurred the monetary damages described herein.

**SECOND CAUSE OF ACTION**

**BREACH OF CONTRACT**

14. Red Shield repeats and re-allege each and every allegation contained herein above in paragraphs 1 through 13, both inclusive, as if set forth at length.

15. The grounding incident and resulting damage to Schaff's houseboat was directly and proximately caused by defendants breached of the express and implied terms of the Agreement.

16. Schaff performed all conditions and requirements to be performed in accordance with the terms and conditions of the Agreement and was and is otherwise excused form such performance under the Agreement.

17. Due to defendants breach of contract, plaintiff incurred the monetary damages described herein.

**THIRD CAUSE OF ACTION**

**BAILMENT**

18. Red Shield repeats and re-allege each and every allegation contained herein above in paragraphs 1 through 17, both inclusive, as if set forth at length.

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

19. The grounding incident and resulting damage to Schaff's houseboat was directly and proximately caused by defendants failure to care, provide for and protect Schaff's houseboat while moored at the marina

20. Due to defendants breach of bailment duties, plaintiff incurred monetary damages described herein.

**FOURTH CAUSE OF ACTION**

**STATUTORY VIOLATIONS AND NUISANCE**

21. Red Shield repeats and re-allege each and every allegation contained herein above in paragraphs 1 through 20, both inclusive, as if set forth at length.

22. Defendants conduct was the direct and proximate cause of the grounding incident and resulting damage to Schaff's houseboat and in violation of governing statutory law concerning floating homes in California and therefore also constitutes a nuisance.

23. Due to defendants statutory and nuisance violations, plaintiff incurred the monetary damages described herein.

**WHEREFORE**, plaintiff requests that judgment be entered against defendants, and each of them jointly and severally as follows:

1. For damages in an amount not less than $150,667.74;
2. For other costs to be proven at trial including interest and attorneys' fees, and;
4. For any other relief that this Court deems just and proper.

Dated: June 10, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By [signature]
Timothy R. Lord
Attorneys for Plaintiff
RED SHIELD INSURANCE COMPANY

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**
RED SHIELD INSURANCE COMPANY

**DEFENDANTS**
BARNHILL MARINA BOATYARD, INC., BARNHILL CONSTRUCTION COMPANY, and AUDLEY BARNIE BARNHILL

(b) County of Residence of First Listed Plaintiff: King (Washington state)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Alameda
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Timothy R. Lord / Julian J. Pardini / Vickey Lee Quinn
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104 T: (415) 362-2580

Attorneys (If Known)

E-filing

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [X] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury—Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities – Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence

Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus – Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 USC sec. 1333
Brief description of cause:
Claim in subrogation for property damage.

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

**VIII. RELATED CASE(S) IF ANY**
**PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".**

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
**(PLACE AND "X" IN ONE BOX ONLY)**
[X] SAN FRANCISCO/OAKLAND [ ] SAN JOSE

DATE
6/10/08

SIGNATURE OF ATTORNEY OF RECORD
[signature]