TIMOTHY R. LORD, SB# 213062
  E-Mail: lord@lbbslaw.com
JULIAN J. PARDINI, SB# 133878
  E-Mail: pardini@lbbslaw.com
VICKEY L. QUINN, SB# 253008
  E-Mail: quinn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Plaintiff
RED SHIELD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RED SHIELD INSURANCE COMPANY, | CASE NO. CV 08 2900 |
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES OR ENTITIES** |
| v. | |
| BARNHILL MARINA BOATYARD, INC.; BARNHILL CONSTRUCTION COMPANY; and AUDLEY BARNIE BARNHILL; | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed person, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- RED SHIELD INSURANCE COMPANY.
- BARNHILL MARINA BOATYARD, INC.
- BARNHILL CONSTRUCTION COMPANY.
- AUDLEY BARNIE BARNHILL.

4846-5416-1154.1                                -1-
CERTIFICATE OF INTERESTED PARTIES OR ENTITIES

| | | |
|---|---|---|
| 1 | DATED: June 10, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By _____<br>Timothy R. Lord<br>Attorneys for Plaintiff |
| 4 | | RED SHIELD INSURANCE COMPANY |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4846-5416-1154.1

-2-

CERTIFICATE OF INTERESTED PARTIES OR ENTITIES