HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RED SHIELD INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>BARNHILL MARINA BOATYARD, INC., BARNHILL CONSTRUCTION COMPANY and AUDLEY BARNIE BARNHILL;<br><br>Defendants. | CASE NO. CV 08 2900 WHA<br><br>{Proposed) ORDER GRANTING MOTION OF DEFENDANTS BARNHILL MARINA BOATYARD, INC., BARNHILL CONSTRUCTION COMPANY AND AUDLEY BARNIE BARNHILL TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITIVE STATEMENT<br><br>[F.R.C.P. Rule 12(b)(6) and Rule 12(e)] |

Good Cause appearing therefore, the **MOTION OF DEFENDANTS BARNHILL MARINA BOATYARD, INC., BARNHILL CONSTRUCTION COMPANY AND AUDLEY BARNIE BARNHILL TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITIVE STATEMENT** is GRANTED and the following is the ORDER of this Court:

The Plaintiff's Complaint is dismissed with prejudice as against all defendants.

**(Or, in the alternative)**

The Plaintiff is to file an Amended Complaint to cure the defects stated in the motion by no later than _____, 2008.

It is so ORDERED.

Dated: _____

_____
The Honorable William H. Alsup
Judge of the United States District Court

PROOF OF SERVICE
*Red Shield v. Barnhill, et al.*/MCSI-3006-4
U.S. District Court, Northern District, San Francisco Division

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **June 30, 2008**, I served the foregoing document described as:

**(Proposed) ORDER GRANTING MOTION OF DEFENDANTS BARNHILL MARINA BOATYARD, INC., BARNHILL CONSTRUCTION COMPANY AND AUDLEY BARNIE BARNHILL TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION FOR A MORE DEFINITIVE STATEMENT**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as stated below:

> Timothy R. Lord, Esq.
> Julian J. Pardini, Esq.
> Vickey L. Quinn, Esq.
> LEWIS BRISBOIS BISGAARD AND SMITH LLP
> One Sansome Street, Suite 1400
> San Francisco, CA 94104
> Tel.: (415) 362-2580
> FaxL (415) 434-0882
> *[Attorneys for Plaintiff]*

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 30, 2008**, at San Francisco, California.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
BERLITA M. UMADHAY

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600