TIMOTHY R. LORD, SB# 213062
   E-Mail: lord@lbbslaw.com
JULIAN J. PARDINI, SB# 133878
   E-Mail: pardini@lbbslaw.com
VICKEY L. QUINN, SB# 253008
   E-Mail: quinn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Plaintiff
RED SHIELD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RED SHIELD INSURANCE COMPANY, | ) CASE NO. CV 08-2900 WHA |
| Plaintiff, | ) **DECLARATION OF TIMOTHY R. LORD** |
| | ) **IN SUPPORT OF OPPOSITION TO** |
| v. | ) **DEFENDANTS' MOTION TO DISMISS** |
| BARNHILL MARINA & BOATYARD, INC.; | ) Date:    August 7, 2008 |
| BARNHILL CONSTRUCTION COMPANY; | ) Time:    8:00am |
| and AUDLEY BARNIE BARNHILL; | ) Dept:    Courtroom 9 |
| Defendants. | ) |

I, TIMOTHY R. LORD, declare:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am a partner of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for plaintiff RED SHIELD INSURANCE COMPANY. The facts set forth are of my own personal knowledge, and, if called to testify, I am willing and competent to do so.

2.    I submit this Declaration in support of the Opposition to Defendant's Motion to Dismiss.

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

3.      On June 25, 2008, my office received a letter via fax sent by Henry A. Wirta, Jr., requesting an agreement in writing to amend the Complaint so he would not file the Motion to Dismiss. The letter gave a deadline for the agreement as 2:00 p.m., June 26, 2008.

4.      I did not view the letter until after the imposed deadline.

5.      At approximately 5:00 p.m. on June 26, 2008, I left a voice message for Mr. Wirta at his office.

6.      I received no response to the voice mail and followed up with an email the same day (see attached Exhibit A) on June 27, 2008, at 8:38 a.m.

I declare under penalty of perjury under the laws of the United States that this declaration is true and correct.  Executed this 17th day of July, 2008, at San Francisco, California.

_____
Timothy R. Lord

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**DECLARATION OF TIMOTHY R. LORD IN SUPPORT OF
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

EXHIBIT A

**EXHIBIT A**

## TIMOTHY LORD - Red Shield your file mcsi 3006

**From:**     TIMOTHY LORD
**To:**       hwirta@hfdclaw.com
**Date:**     Fri, Jun 27, 2008 8:38 AM
**Subject:**  Red Shield your file mcsi 3006
**CC:**       HAMPTON, AMANDA;  QUINN, VICKEY

Dear Mr. Wirta,

I am in receipt of your fax of June 25, 2008 requesting I respond by 2 pm on June 26 to your request -in writing - that I will file an amended complaint in the matter or you will file motions with the court.

While I was responding to voice mails received that day, due to the requirement that I attend to my mother's post-brain surgery recovery, a secretarial change that occurred on June 25 and a previously scheduled all -day appointment with out of town experts, and other court deadlines to meet, I failed to see your letter until after your deadline has passed.  My apologies.

This morning, I reviewed the Complaint with your correspondence in mind, and relevant case law and Federal Rules and am unable to find any authority that supports your position that a Complaint alleging breach of contract must have a copy of the contract attached.  Please provide the legal authority that I missed in support of your position on this matter for my consideration.

In any event, I assume your client can confirm the contractual relationship with the houseboat (if by no other means acceptance of monthly payments from my client's insured). If your client does not have a copy of the contract, let me know and I will forward a copy for your review in advance of the exchange of Initial Disclosures if you wish.

On your other points raised, I assume that it is clear to you that the Complaint alleges that the acts and omissions of your client resulted in water damage to the houseboat when it went aground at the marina owned by your client.  If that is clear, then please provide authority for your position that more is needed to comply with the Federal Rules governing pleadings.

Regards,

Tim


Timothy R. Lord
Lewis Brisbois Bisgaard & Smith LLP
One Sansome St., Suite 1400
San Francisco, California 94104
voice: 415.262.8551
cell:  415.847.0159
fax: 415.434.0882
e-mail: lord@lbbslaw.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.  If you think you have received this e-mail message in error, please e-mail the sender at lord@lbbslaw.com

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1

2 **PROOF OF SERVICE**
*Red Shield Insurance Company v. Barnhill Marina & Boatyard, Inc., et al.*
3 **United States District Court, Northern District of California, Case # CV 08-2900 WHA**

4 STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

5      I am employed in the County of San Francisco, State of California. I am over the age of 18
and not a party to the within action. My business address is One Sansome Street, Suite 1400, San
6 Francisco, California 94104.

7      On July 17, 2008, I served the following document described as:

8 **DECLARATION OF TIMOTHY R. LORD IN SUPPORT OF OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**
9

10 on all interested parties in this action by placing [X] a true copy   [  ] the original thereof enclosed
in sealed envelopes addressed as follows:

11

| ATTORNEYS FOR DEFENDANTS | Telephone/Fax/Email: |
|---|---|
| Henry A. Wirta, Jr., Esq.<br>Harrington Foxx Dubrow & Canter LLP<br>655 Montgomery Street, Suite 1100<br>San Francisco, CA 94111 | Tel:    (415) 288-6600<br>Fax:   (415) 288-6618 |

16 [x  ]   (BY FACSIMILE)  The facsimile machine I used complied with Rule 2003(3) and no error
was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a record of
17 the transmission.

18 []       (BY MAIL, 1013a, 2015.5 C.C.P.)

19      []      I am readily familiar with the firm's practice for collection and processing
correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal
20 Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary
course of business. I am aware that on motion of the party served, service is presumed invalid if postal
21 cancellation date or postage meter date is more than one day after date of deposit for mailing in
affidavit.

22 [  ]     (BY OVERNIGHT DELIVERY/COURIER)

23      [ ]      I deposited such envelope in a box or facility regularly maintained by the express
service carrier in an envelope or package designated by the express service carrier with
24 delivery fees provided for.

25 [ x ]   (BY MESSENGER)  I served the documents by placing them in an envelope or package
addressed to the persons at the addresses listed above and providing them to a messenger for
26 personal service. (A proof of service executed by the messenger will be filed in compliance
with the *Code of Civil Procedure*.)
27

28 [X]     (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court
at whose direction the service was made.

4843-6194-6370.1

PROOF OF SERVICE

1

2    Executed on July 17, 2008, at San Francisco, California.

3

4                                          _Amanda Hampton_

5                                          Amanda Hampton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4843-6194-6370.1