TIMOTHY R. LORD, SB# 213062
E-Mail: lord@lbbslaw.com
JULIAN J. PARDINI, SB# 133878
E-Mail: pardini@lbbslaw.com
VICKEY L. QUINN, SB# 253008
E-Mail: quinn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Plaintiff
RED SHIELD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RED SHIELD INSURANCE COMPANY, | CASE NO. CV 08-2900 WHA |
| Plaintiff, | [PROPOSED] ORDER |
| v. | DATE: August 7, 2008<br>TIME: 8:00 a.m. |
| BARNHILL MARINA & BOATYARD, INC.; BARNHILL CONSTRUCTION COMPANY; and AUDLEY BARNIE BARNHILL; | DEPT: Courtroom 9 |
| Defendants. | |

The Court, having read the moving papers, and good cause appearing therefore,

**IT IS SO ORDERED** that defendant's Motions to Dismiss and for a More Definitive Statement are denied.

Or alternatively, **IT IS SO ORDERED** that plaintiff is granted leave to amend its Complaint.

Dated: _____

_____
HONORABLE WILLIAM H. ALSUP
U.S. District Court Judge

4852-4766-5154.1

-1-

[PROPOSED] ORDER

## PROOF OF SERVICE
### *Red Shield Insurance Company v. Barnhill Marina & Boatyard, Inc., et al.*
### United States District Court, Northern District of California, Case # CV 08-2900 WHA

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On July 17, 2008, I served the following document described as:

**PROPOSED ORDER RE MOTION TO DISMISS**

on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| ATTORNEYS FOR DEFENDANTS | Telephone/Fax/Email: |
|---|---|
| Henry A. Wirta, Jr., Esq.<br>Harrington Foxx Dubrow & Canter LLP<br>655 Montgomery Street, Suite 1100<br>San Francisco, CA 94111 | Tel:   (415) 288-6600<br>Fax:   (415) 288-6618 |

[x]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY OVERNIGHT DELIVERY/COURIER)

  [ ]   I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ x ]   (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

4838-4185-2674.1

PROOF OF SERVICE

Executed on July 17, 2008, at San Francisco, California.

_Amanda Hampton_
Amanda Hampton