**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

**JUDGE WILLIAM ALSUP**

Date: <u>August 7, 2008</u>

Case No.  <u>C08-2900 WHA</u>

Title: Red Shield Ins Co. v. Barnhill Marina Boatyard, Inc.

Plaintiff Attorneys:     Vickey Quinn

Defense Attorneys:     Henry Wirta

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter:    <u>Sahar McVickar</u>

**<u>PROCEEDINGS</u>**

1)   <u>Dft's Motion To Dismiss -     Held                                          </u>

2)   <u>                                                                                                      </u>

**ORDERED AFTER HEARING:**

Trial date of   9/28/2009   set by Court.
Scheduling order to be issued by the Court.   CMC set for 9/18/08 is Vacated.