1  TIMOTHY R. LORD, SB# 213062
      E-Mail: lord@lbbslaw.com
2  JULIAN J. PARDINI, SB# 133878
      E-Mail: pardini@lbbslaw.com
3  VICKEY L. QUINN, SB# 253008
      E-Mail: quinn@lbbslaw.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
5  San Francisco, California  94104
   Telephone:    (415) 362-2580
6  Facsimile:    (415) 434-0882

7  Attorneys for Plaintiff
   RED SHIELD INSURANCE COMPANY

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  RED SHIELD INSURANCE COMPANY,          ) CASE NO.:  CV 08-2900 WHA
                                           )
14              Plaintiff,                 ) **STIPULATION AND [PROPOSED]**
                                           ) **ORDER FOR CONTINUING MEDIATION**
15         v.                              ) **DATE**
                                           )
16  BARNHILL MARINA & BOATYARD, INC.;      )
    BARNHILL CONSTRUCTION COMPANY;         )
17  and AUDLEY BARNIE BARNHILL;            )
                                           )
18              Defendants.                )
                                           )
19  _____

20  **I.    INTRODUCTION**

21         On August 8, 2008, this Court referred the case to the ADR Unit for Mediation.  On

22  September 9, 2008, this Court notified the parties and counsel that the Mediator assigned to this

23  case is Eric M. Danoff, with mediation to be completed by November 7, 2008.

24         On September 22, 2008, during a pre-mediation telephone conference, the parties and

25  appointed mediator discussed the mediation currently scheduled for November 4, 2008.  The

26  parties agreed that based on the current activity of the case, mediation of November 4 would be

27  premature.  In addition, Plaintiff's counsel has a 2-week trial scheduled beginning October 3, and

28  Defendants' counsel has a 5-week trial scheduled starting October 6.  Accordingly, to allow

4820-9887-7443.1                        -1-

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1    sufficient time for the parties to engage in discovery and formulate their opinions regarding the

2    issues in the case, the parties request that the Court move the deadline to complete mediation to

3    December 12, 2008. This additional time will not impact any of the Court's other deadlines, as the

4    trial is not set to commence until September 28, 2009.

5         Accordingly, the parties have entered into the following stipulation, and respectfully

6    request that the Court execute this Proposed Order based on that stipulation.

7

8    **II..      STIPULATION**

9         The parties, by and through their attorneys of record herein, submit their Stipulation and

10   Proposed Order Continuing the mediation date as follows:

11      1.      The deadline to participate in mediation may be continued from November 7, 2008

12   to December 12, 2008.

13

14   **IT IS SO STIPULATED.**

15         Endorsement of this agreement may be by counterpart signatures.

16

17   Dated: September 30 2008           LEWIS BRISBOIS BISGAARD & SMITH LLP

18

19                    By                                                     
                              Timothy R. Lord
20                                              Julian J. Pardini
                                             Vickey L. Quinn
21                                              Attorneys for Plaintiff
                                             RED SHIELD INSURANCE COMPANY

22

23   Dated: September 30, 2008          HARRINGTON FOXX DUBROW & CANTER, LLP

24

25                    By

26                                           Henry Albert Wirta, Jr.
                                          Attorneys for Defendant
27                                           BARNHILL MARINA & BOATYARD, INC.;
                                          BARNHILL CONSTRUCTION COMPANY; and
28                                           AUDLEY BARNIE BARNHILL

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4820-9887-7443.1

-2-

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates the previously scheduled mediation date and amends the Court's Scheduling Order as follows:

1.  **The deadline to participate in mediation may be continued from November 7, 2008 to December 12, 2008.**

Dated:  October 2, 2008

IT IS SO ORDERED

Judge William Alsup

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

4820-9887-7443.1

-3-

STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**PROOF OF SERVICE**
**File No. 28208-4**
*Red Shield Insurance Company v. Barnhill Marina & Boatyard, Inc., et al.*
**United States District Court, Northern District of California, Case # CV 08-2900 WHA**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On October 1, 2008, I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| ATTORNEYS FOR DEFENDANTS | Telephone/Fax/Email: |
|---|---|
| Henry A. Wirta, Jr., Esq.<br>Harrington Foxx Dubrow & Canter LLP<br>655 Montgomery Street, Suite 1100<br>San Francisco, CA 94111<br>Email: Email: hwirta@hfdclaw.com | Tel: (415) 288-6600<br>Fax: (415) 288-6618 |

[X] **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ] (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY/COURIER)

[ ] I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ ] (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

4853-2428-8514.1

1

2  **[X]**  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court
at whose direction the service was made.

3

Executed on October 1, 2008, at San Francisco, California.

4

5

6  Nicole S. Block

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4853-2428-8514.1

PROOF OF SERVICE