IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED SHIELD INSURANCE COMPANY, | No. C 08-02900 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING 30-DAY CONTINUANCE OF MEDIATION DATE** |
| BARNHILL MARINA & BOATYARD, INC., BARNHILL CONSTRUCTION COMPANY, and AUDLEY BARNIE BARNHILL, | |
| Defendants. | |

The Court has received the parties stipulation and proposed order for a 90-day continuance of the mediation date. Mediation is currently set for December 12, 2008. The stipulation indicates that the continuance is needed because a discovery dispute has arisen which should be resolved prior to mediation. Good cause has not been shown for a 90-day continuance, but a **30-DAY CONTINUANCE** is granted. As explained in the Supplemental Order, the Court handles all discovery disputes unless discovery has been referred to a magistrate, and disputes generally can be handled promptly (Dkt. No. 4).

**IT IS SO ORDERED.**

Dated: December 5, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE