IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RED SHIELD INSURANCE COMPANY,

    Plaintiff,

v.

BARNHILL MARINA & BOATYARD, INC.,
BARNHILL CONSTRUCTION COMPANY,
and AUDLEY BARNIE BARNHILL,

    Defendants.
                                   /

No. C 08-02900 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

        The Court is in receipt of plaintiff's letter of December 5, 2008, concerning a discovery dispute and hereby **SETS** a further meet-and-confer for **11:00 A.M. ON FRIDAY, DECEMBER 12, 2008**, in the Attorney Lounge on the eighteenth floor of the federal courthouse. A hearing will be held at **2:00 P.M. THAT SAME DAY** to resolve any remaining discovery issue(s). Defendants' response to plaintiff's letter is due 9:00 a.m. on December 11.

        **IT IS SO ORDERED.**

Dated: December 8, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE