UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED SHIELD INSURANCE COMPANY, | CASE NO. C 08-02900 WHA |
| Plaintiff, | STIPULATION OF DISMISSAL AND ORDER THEREON |
| v. | |
| BARNHILL MARINA & BOATYARD, INC., BARHILL CONSTRUCTION COMPANY, and AUDLEY BARNIE BARNHILL, | F.R.Civ.P. 41(a)(1) |
| Defendant. | |

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff, RED SHIELD INSURANCE COMPANY and Defendants, AUDLEY BARNHILL and BARNHILL CONSTRUCTION CO. dba BARNHILL MARINA, through their attorneys' undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice, each party to bear their own costs, litigation expenses, and attorney's fees as per Mutual Release Of All Claims.

///

///

-1-

STIPULATION OF DISMISSAL AND ORDER THEREON.

1  DATED: June 29, 2009          LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

                                 By: _____
                                    TIMOTHY L. LORD
                                    Attorneys for Plaintiff, RED SHIELD
                                    INSURANCE COMPANY

8  DATED: ~~June~~ July 8, 2009  HARRINGTON, FOXX, DUBROW & CANTER, LLP

                                 By: _____
                                    HENRY A. WIRTA, JR.
                                    Attorneys for Defendants, AUDLEY
                                    BARNHILL and BARNHILL
                                    CONSTRUCTION CO. dba BARNHILL
                                    MARINA

                                 ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice.

DATED: July 13, 2009

**IT IS SO ORDERED**
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 MONTGOMERY STREET, SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 288-6600